UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No.

Gertrude Gorod,  )
        Plaintiff  )
   )
vs.  )
   )
United States of America  )
Mark Everson, Commissioner of  )
Internal Revenue Service  )
Susuan Meredith, Operation Manager  )
Mark Finnerty,  )
        Defendants  )

03cv12454 MLW
MAGISTRATE JUDGE Cohen

Complaint

Parties

1.) The plaintiff, is Gertrude Gorod in the county of Middlesex, Massachusetts, and is a citizen of the United States.

2.) The defendant is United States of America.

3.) The defendant is Mark Everson, Commissioner of Internal Revenue Service, 1111 Constitution Ave. N.W. Washington D.C.

4.) Susan Meredith, Operation Manager c/o Mark Everson Commissioner of Internal Revenue Service 1111 Constitution Ave. N.W. Washington D. C. 20224. She is an employee of the IRS in the California area.

5.) Mark Finnerty is an employee of the Massachusetts Retirement.

## Jurisdiction

6.) This court has jurisdiction on matters pursuant to the United States Constitution, conspiracy within the Internal Revenue Service by their employee Susan Meredith and a Massachusetts state employee Mark Finnerty.
Violations of the Internal Revenue Code fraudulently taking monies from a senior citizen's pension money without giving plaintiff any notice of such deductions.

## Facts

7.) Gorod does not owe the Internal Revenue any monies. All her taxes have been paid in full.

8.) Gorod never received any notices from the Internal Revenue that she owed any monies nor did she receive any notice that $1,728.35, would be taken out of her pension check leaving her with a monthly check of $515.14, this is nothing but a fraud.

9.) Gorod was deprived of food, medication, heat and the other necessities of life, causing her severe pain and suffering.

10.) Based on the facts and evidence this is a conspiracy between defendants Susan Meredith and Mark Finnerty.

11.) Plaintiff wrote to Mr. Allan LeBovidge, Director of the Internal Revenue Service at 51 Sleeper Street in Boston, there was no response from him compelling her to take this action. **SEE ATTACHED DOCUMENT "A" AFFIXED TO THIS COMPLAINT.**

RELIEF FROM THE COURT

13.)   Gorod is a senior citizens and the defendants have caused her severe pain and suffering along with the stealing of her monies by means of fraud and conspiracy.

Therefore, the plaintiff requests the court to order damages, pain and suffering in the amount of $500,000,000.00 against all defendants and all costs , legal fees, and punitive damages and any other relief as the Honorable Court deems just and proper.

14.)   The plaintiff demands trial by jury.

*(signature)*
Gertrude Gorod, Pro Se
P.O. Box 856
Everett, Ma 02149

November 12, 2003

Mr. Allan LeBovidge, Director
Internal Revenue Service
51 Sleeper Street
Boston, Ma 02105

Dear Mr. LeBovidge:

October 2, 2003, I wrote a letter to Mr. Cahill, Treasurer and Receiver of the Commonwealth of Massachusetts pertaining to $1,728.35, taken from my pension checks for the months of September and October of 2003.

However, I have not received any response from my letter dated October 2, 2003 from Cahill. (<u>SEE</u> **ATTACHED LETTER TO MR. CAHILL**).

The Commonwealth of Massachusetts has taken $1,728.35, from my pension checks for the months of September and October, in addition I have not received any information from my retirement board other than it's a levy fron the Internal Revenue Service.

These monies taken from my pension checks are being taken from me under false pretense, as I do not owe any monies to the Internal Revenue Service.

I have paid all taxes for years on my pension monies that were deducted from my weekly wages.

Moreover, I never received any notices from the Internal Revenue Service that I own any monies on my pension monies, that was taken from my wages for years.

It is my understanding this is results of threats made to me by Attorney Joseph Provanzano of 16 Bourbon Street West Peabody, Ma. and an individual named Edith Tabachnick of California who said "that she has a friend in the Fresno office by the name of Susan that would take care of me."

I do not owe the Internal Revenue Service any monies and I want all monies returned to me within 10 days plus interest.

If, these monies are not returned to me plus interest within 10 days it will be my understanding that you want this matter to go into the court.

**DOCUMENT "A'**

Page 2
November 12, 2003
Mr. Allan LeBovidge, Director
Internal Revenue Service
51 Sleeper Street
Boston, Ma 02105

CERTIFIED MAIL NO.
7002 2410 0004 6687 6250

Very truly yours,
Gertrude Gorod
P.O. Box 856
Everett, Ma 02149

CC: Mr. Timothy P. Cahill,
    Treasurer and Receiver General
    Commonwealth of Massachusetts
    One Ashburton Place
    Boston, Ma 02108

October 2, 2003

Mr. Timothy P. Cahill
Treasurer and Receiver General
Commonwealth of Massachusetts
One Ashburton Place
Boston, Ma 02108

Dear Mr. Cahill:

You have deducted $1,728.35, from check for the effective date September 30. 2003.

This deduction from my check is a gross error.

I have not received any correspondence that I have any liens from my creditors, moreover, I would not have any liens, as all my bills have been paid.

It appears that this amount deducted from my check was taken under false pretense.

If, this amount of money is not received within fourteen (14) days, legal action will be taken.

Very truly yours,
Gertrude C. Gorod
P.O. Box 856
Everett, Ma 02149

CERTIFIED MAIL NO.
7002 2410 0004 6687 6243