UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GERTRUDE GOROD,
    Plaintiff,

v.

UNITED STATES OF AMERICA, MARK
EVERSON, COMMISSIONER OF THE INTERNAL
REVENUE SERVICE, SUSAN MEREDITH,
OPERATION MANAGER, MARK
FINNERTY,
    Defendants.

U.S.D.C 03-12454-MLW

## NOTICE OF APPEARANCE

To The Clerk Of The Above-Named Court:

Please notice my appearance as counsel for the Defendants, United States of America, Mark Everson as Commissioner of the Internal Revenue Service, Susan Meredith as Operation Manager and Mark Finnerty, in the above-captioned case.

    COMMONWEALTH OF MASSACHUSETTS,
    By Its Attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    Stephen Dick, BBO # 560508
    Assistant Attorney General
    200 Portland Street, 3rd Floor
    Boston, MA 02114
    (617) 727-2200  x 3324

Dated: January 15, 2004

## CERTIFICATE OF SERVICE

I, Stephen Dick, hereby certify that on January 15, 2004, I served a copy of the above

**Notice of Appearance** upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Gertrude Gorod
P.O. Box 856
Everett, MA 02149

Stephen Dick
Assistant Attorney General