UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERTRUDE GOROD,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, MARK<br>EVERSON, COMMISSIONER OF THE INTERNAL<br>REVENUE SERVICE, SUSAN MEREDITH,<br>OPERATION MANAGER, MARK<br>FINNERTY,<br>    Defendants. | CIVIL ACTION NO.<br>03-12454-MLW |

### ANSWER OF DEFENDANT MARK FINNERTY

Defendant Mark Finnerty Answers the Complaint in the above-captioned action as follows:

1. Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein.

2. Admitted.

3. Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein.

4. Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein.

5. Defendant does not understand this Paragraph, on which basis he denies each and every allegation contained therein.

6. No response necessary to contentions of law. Furthermore, denied.

7. Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein.

8. Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein.

9. Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein.

10. Denied.

11. Defendant admits a writing dated 11/12/03, attached to the Complaint. The writing speaks for itself. Defendant is without information, upon which basis he denies, that the letter was transmitted and was read by the addressee or anyone else.

12. There is no Paragraph 12.

13. Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein.

14. No response necessary to jury demand.

**WHEREFORE,** Defendant requests that Plaintiff take nothing by the Complaint and that the Complaint be dismissed in its entirety, with prejudice.

### AFFIRMATIVE DEFENSE NO. 1
Defendant denies the substantive allegations of the Complaint, denies Plaintiff's injuries and damages, and her rights thereto, and calls upon Plaintiff prove each and every element of the cause of action, injuries and damages.

### AFFIRMATIVE DEFENSE NO. 2
The Court is without subject matter jurisdiction of the Complaint.

### AFFIRMATIVE DEFENSE NO. 3
Plaintiff fails to state a claim upon which relief may be granted.

### AFFIRMATIVE DEFENSE NO. 4
Plaintiff has failed to exhaust her administrative remedies.

### AFFIRMATIVE DEFENSE NO. 5
Defendant enjoys qualified immunity from suit.

### AFFIRMATIVE DEFENSE NO. 6
Defendant enjoys absolute immunity from suit.

Defendant reserves the right to bring such other, further defenses as may be appropriate.

COMMONWEALTH OF MASSACHUSETTS
THOMAS F. REILLY,
ATTORNEY GENERAL

*[signature]*

Stephen Dick BBO #560508
Assistant Attorney General
Trial Division/Gov't. Bureau
200 Portland Street
Boston MA 02114
(617) 727-2200 x3324; fax 727-3076

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above **Answer of Defendant Mark Finnerty** was served upon the Plaintiff pro se via first-class mail addressed to **Gertrude Gorod, PO Box 856, Everett MA 02149**, on January 21, 2004.

*[signature]*



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
200 PORTLAND STREET
BOSTON, MASSACHUSETTS 02114

THOMAS F. REILLY
ATTORNEY GENERAL

2004 JAN 23  P 12: 02

DISTRICT COURT
DISTRICT OF MASS.

(617) 727-2200
www.ago.state.ma.us

January 21, 2004

Civil Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston MA 02210

Re:   *Gorod, pro se v. Finnerty, et al.*
      *USDC 03cv-12454-MLW*

To the Clerk:

Enclosed for filing in the above-referenced case, please find the following Original document:

**Answer of Defendant Mark Finnerty**

With copy of this letter to Ms. Gorod, I request that she telephone me at her earliest convenience -- her number being unlisted -- for a conference pursuant to Local Rule 7.1(A)(2).

Thank you for your attention.

Stephen Dick, AAG
x3324

cc w/enc:    Gertrude Gorod, pro se