AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FIRST   District of  MASSACHUSETTS

GERTRUDE GOROD,
      Plaintiff
V.

UNITED STATES OF AMERICA
MARK EVERSON, COMMISSIONER OF
INTERNAL REVENUE SERVICE
SUSAN MEREDITH, OPERATION MANAGER
MARK FINNERTY, Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03-12454 MLW

TO: (Name and address of Defendant)

MARK EVERSON COMMISSIONER OF INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVENUE N.W.
WASHINGTON, D.C. 20224

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERTRUDE GOROD
P.O. BOX 856
EVERETT, MA 02149

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE   12-5-03

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DECEMBER 23, 2003 |
| NAME OF SERVER (PRINT) | TITLE |

[Attached certified mail return receipt card]

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse ...piece,

1. Article Addressed to:

Mr. Mark Everson
Commissioner of Internal
Revenue Service
1111 Constitution Ave. N.W.
Washington, DC 20224

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   Date of Delivery
DEC 29 2003

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   DECEMBER 23, 2003        SEE ABOVE
                    Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.