AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FIRST   District of   MASSACHUSETTS

GERTRUDE GOROD,
    Plaintiff

V.

UNITED STATES OF AMERICA
MARK EVERSON, COMMISSIONER OF INTERNAL REVENUE SERVICE
SUSAN MEREDITH, OPERATION MANAGER
MARK FINNERTY,
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**03c 12454 MLW**

TO: (Name and address of Defendant)

MICHAEL SULLIVAN, U. S. ATTORNEY
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY SUITE 9200
BOSTON, MA 02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

GERTRUDE GOROD
P.O. BOX 856
EVERETT, MA 02149

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE   12-5-03

Direct Query - Intranet - "Quick" Search                                Page 1 of 1



UNITED STATES POSTAL SERVICE

Track/Confirm - Intranet Item Inquiry

Item: 7

| | | | |
|---|---|---|---|
| Destination | ZIP Code: 02110 | City: BOSTON | State: MA |
| Origin | ZIP Code: 02446 | City: BROOKLINE | State: MA |

**Class:** First Class
**Scheduled Delivery:** 12/06/2003
**Weight:** lb: 0 oz: 2

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7003 1010 0000 0983 6143 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date | Time | Location | Scanner ID |
|---|---|---|---|---|
| DELIVERED | 12/08/2003 | 09:12 | BOSTON MA 02210 | J730867 |
| ACCEPT OR PICKUP | 12/05/2003 | 16:59 | BROOKLINE MA 02446 | |



Enter Request Type and Item Number:

Item Number:

Inquire on <u>multiple items</u>.

Go to the Product Tracking System <u>Home Page</u>.

http://pts.usps.gov/netdata-cgi/db2www/cbd_242.d2w/OUTPUT                1/14/04