AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___FIRST___ District of ___MASSACHUSETTS___

GERTRUDE GOROD,
      Plaintiff

SUMMONS IN A CIVIL CASE

V.

UNITED STATES OF AMERICA
MARK EVERSON, COMMISSIONER OF INTERNAL REVENUE SERVICE
SUSAN MEREDITH, OPERATION MANAGER   CASE NUMBER:
MARK FINNERTY, Defendants

## 03 - 12454 MLW

TO: (Name and address of Defendant)

MARK FINNERTY
MASSACHUSETTS RETIREMENT
ONE ASHBURTON PLACE 12th floor
BOSTON, MA 02108

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERTRUDE GOROD
P. O. BOX 856
EVERETT, MA 02149

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK            DATE  12-5-03

(By) DEPUTY CLERK



| Destination | ZIP Code: 02108 | City: BOSTON | State: MA |
| Origin | ZIP Code: 02446 | City: BROOKLINE | State: MA |

Class: **First Class**
Scheduled Delivery: **12/06/2003**
Weight: lb: **0** oz: **2**

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7003 1010 0000 0983 6174 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date | Time | Location | Scanner ID |
|---|---|---|---|---|
| DELIVERED | 12/08/2003 | 14:36 | BOSTON MA 02108 | L686384 |
| | Firm Name: COM STATE TREASURER | | | |
| | Recipient : 'D HILL' | | | |
| | Request Delivery Record | | | |
| | View Delivery Signature and Address | | | |
| ARRIVAL AT UNIT | 12/08/2003 | 09:51 | BOSTON MA 02114 | K956595 |
| ACCEPT OR PICKUP | 12/05/2003 | 16:58 | BROOKLINE MA 02446 | |



Inquire on multiple items.

Go to the Product Tracking System Home Page.