```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

GERTRUDE GOROD,              )   civil action
           Plaintiff         )   No. 03 12454 MLW
                             )
vs.                          )
                             )
UNITED STATES OF AMERICA     )
MARK EVERSON, COMMISSIONER OF)
INTERNAL REVENUE SERVICE     )
SUSAN MEREDITH, OPERATION MANAGER
MARK FINNERTY,               )
           Defendants        )
```

PLAINTIFF GOROD'S MOTION FOR DEFAULTS AGAINST DEFENDANTS MARK EVERSON AND MARK FINNERTY

Now comes the plaintiff, Gorod in the above-cited action and moves the court to enter defaults against defendants Mark Everson and Mark Finnerty and immediately return $8,641.75 plus interest that was fraudulent taken from my pension money(a senior citizen).

MEMORANDUM IN SUPPORT THEREOF:

December 5, 2003, plaintiff, Gorod, filed "Plaintiff, Gertrude Gorod's Motion for immediate Restraining Order Against Defendants, Mark Everson and Mark Finnerty " SEE EXHIBIT "A" AFFIXED HERETO:, there has been no opposition to plaintiff's motion.

Therefore, based on the facts and evidence the plaintiff demands that plaintiff's $8,641.75 plus interest be returned to her immediately.

The plaintiff DOES NOT OWE THE INTERNAL REVENUE SERVICE ONE PENNY.

WHEREFORE it is prayed that the plaintiff's motion will be allowed.

By,

_____
GERTRUDE GOROD
P.O. BOX 856
EVERETT, MA 02149

## CERTIFICATES OF SERVICE

I certify that I mailed the foregoing motion to Mark Everson, Commissioner of Internal Revenue Service 1111 Constitution Avenue, N.W. Washington D.C. postage prepaid.

DATE 1-30-04                    _____

I certify that I mailed the foregoing motion to Mark Finnerty c/o Tom Reilly, Attorney General One Ashburton Place Boston Massachusetts postage prepaid.

DATE 1-30-04                    _____

By,