UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERTRUDE GOROD,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, MARK EVERSON, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, SUSAN MEREDITH, OPERATION MANAGER, MARK FINNERTY,<br>    Defendants. | U.S.D.C 03-12454-MLW |

## AMENDED NOTICE OF APPEARANCE OF STEPHEN DICK

To The Clerk Of The Above-Named Court:

The undersigned appears *only* for Defendant Mark Finnerty, in the above-captioned case.

COMMONWEALTH OF MASSACHUSETTS,
By Its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

Stephen Dick, BBO # 560508
Assistant Attorney General
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200   x 3324

Dated: January 23, 2004

## CERTIFICATE OF SERVICE

I, Stephen Dick, hereby certify that on January 23, 2004, I served a copy of the above **Amended Notice of Appearance of Stephen Dick** upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Gertrude Gorod
P.O. Box 856
Everett, MA 02149

_____
Stephen Dick
Assistant Attorney General