UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12454-MLW

GERTRUDE GOROD,
        Plaintiff

vs.

UNITED STATES OF AMERICA
MARK EVERSON, COMMISSIONER OF
INTERNAL REVENUE SERVICE
SUSAN MEREDITH, OPERATION MANAGER
MARK FINNERTY,
        Defendants

PLAINTIFF'S MOTION TO STRIKE ANSWER OF DEFENDANT MARK FINNERTY AND SANCTIONS AGAINST ATTORNEY STEPHEN DICK FOR ACTING IN BAD FAITH WITH ACTUAL INTENT TO DECEIVE THE COURT

Now comes the plaintiff, Gorod in the above-cited action and moves the court to strike the answer of defendant Mark Finnerty filed by his attorney Stephen Dick.

(1) Attorney answered Complaint for other defendants other than Mark Finnerty.

(2) Stephen Dick's answers are done in bad faith with the actual intent to deceive the court.

(3) All Mark Finnerty's answers to complaint must be stricken

(4) Lawyer is continuing to act in bad faith, he has already committed perjury in other documents filed with the court.

MEMORANDUM IN SUPPORT THEREOF:

1.) The plaintiff is Gertrude Gorod in the county of Middlesex, Massachusetts, and is a citizen of the United States

    Answer "Defendant is without sufficient information to admit or deny the allegation of the paragraph,

on which basis be denies each and every allegation contained therein".

Dick is acting in bad faith and is completely making a fool out of the Honorable Court.

Mark Finnerty is fully aware that the plaintiff is in the County Middlesex and that she is a citizen of the United States.

Pension checks are mailed to Everett, Massachusetts and one has to be a citizen of the United States, before they can work for the Commonwealth of Massachusetts.

3.) The defendant is Mark Everson, Commissioner of Internal Revenue Service 1111 Constitution Ave. N.W. Washington D.C.

    Answer  "Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis each and every allegation contained therein."

Attorney Dick is completely acting in bad faith. He has no right to answer any questions pertaining to others, or is he not telling the truth when he said he was filing an answer for Mark Finnerty.

4.) Susan Meredith, Operation Manager c/o Mark Everson Commissioner of Internal Revenue Service 1111 Constitution Ave. N. W. Washington D. C. 20224. She is an employee of the IRS in the California area.

    Answer:  "Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein."

    This statement is false, Mark Finnerty is in a conspiracy between Susan Meredith an employee of the Internal Revenue and himself. In addition, here again Attorney Dick is again acting in bad faith, he is answering to an Internal Revenue employee Susan Meredith.

5.) "Mark Finnerty is an employee of the Massachusetts Retirement."

    Answer:  Defendant does not understand this Paragraph, on which basis he denies each and every allegation contained therein.

- 2 -

Based on the facts and evidence defendant Finnerty is either medically incapacitated on a liar/ or was this doings of his unscrupulous attorney Dick.

Mark Finnerty is an employee of the Massachusetts Retirment.

6.) "No response necessary to contentions of law, Furthermore denied."

Here again, plaintiff's attorney is answering for other defendants other than Mark Finnerty.

7.) "Gorod does not owe the internal revenue any monies. All her taxes have been paid in full.

"Answer: Defendant is without sufficient information to admit or deny the allegations of this paragraph, on which basis he he denies each and every allegation contained therein.

Here again, Finnerty and Dick is making fraudulent answers for the Internal Revenue Service which he states he only filed answers for Mark Finnerty.

Dick is acting in bad faith and additional sanctions must be placed upon him.

8.) "Gorod never received any notices from the Internal Revenue that she owed any monies nor did she receive any notice that $1,728.35, would be taken out of her pension check leaving her with a monthly check of $515.14, this is nothing but a fraud."

Answer: "Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein.

Both Finnerty and attorney Dick are complete liars they are acting in bad faith plaintiff's checks come from the Commonwealth of Massachusetts and they are fully aware that $515.14 a month is what Gorod is receiving, in addition Gorod telephoned defendant Finnerty, to find out why she was only receiving $515.13 a month and Mr. Finnerty just hung up on her.

9.) "Gorod was deprived of food, medication, heat and other necessities of life, causing her severe pain and suffering".

Answer: "Defendant is without sufficient information to admit or deny the allegations of this Paragraph, on which basis he denies each and every allegation contained therein"'

- 3 -

10.) "Based on the facts and evidence this is a Conspiracy between defendants Susan Meredith and Mark Finnerty."

Answer: Denied".

    Here again, attorney Dick is answering for defendant Susan Meredith, in addition, there is evidence clearly revealing that there is a conspiracy between Susan Meredith and Mark Finnerty.

11.) "Plaintiff wrote to Mr. Allan LeBovidge, Director of the Internal Revenue Service at 51 Sleeper Street in Boston, there was no response from him compelling her to take the action. **SEE: ATTACHED DOCUMENT "A" AFFIXED TO THIS COMPLAINT"**.

Answer: Defendant admits a writing dated 11/12/03, attached to the Complaint, The writing speaks for itsself. Defendant is without information, upon which basis he denies, that the letter was transmitted and was read by the addressee or anyone else.

    Dick is again lying and deceiving the Court. in the first place he is again answering for the defendant Internal Revenue Service. He can clearly see that the letter was mailed Certified Mail along with the Certified Mail Number and it was his responsibility to find out if the letter was read or not instead he chose to deceit the court.

13.) Gorod is a senior citizen and the defendants have caused her severe pain and suffering along with the stealing of her monies by means of fraud and conspiracy.

    Therefore, the plaintiff requests the court to order damages, pain and suffering in the amount of $500,000,000.00, against all defendants and all costs, legal fees, and punitive damages and any other relief as the Honorable Court deems just and proper."

    Here again, Dick is lying to the Court, Plaintiff Clearly stated the above facts to Defendant Finnerty, He simply listened to the facts and hung up on the plaintiff.

    The plaintiff denies each and every affirmative defense from Numbers No. 1 thru 6. These defenses is nothing but fraud.

Therefore, Based on the facts and evidence the plaintiff Gorod, moves the Honorable Court to allow her motion and grant her the relief she seeks as set forth in her motion.

WHEREFORE, It is prayed that the Honorable Court will strike Defendant's Answer to Plaintiff Gorod's Complaint and order sanctions against defendant Mark Finnerty's attorney Stephen Dick who is acting in bad faith and telling falsehoods and lies to the court.

It appears that the signature of Stephen Dick on documents lacks authenticity.

By, _____
Gertrude Gorod, Pro Se
P.O. Box 856
EVERETT, MA 02149

### CERTIFICATE OF SERVCE

I certify that I mailed a true copy of the foregoing motion to: Mr. Tom Reilly, Attorney General One Ashburton Place Boston, Massachusetts postage prepaid.

DATE 2-02-04                         _____
                                      Gertrude Gorod

- 5 -