UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No.   03 12454 MLW

GERTRUDE GOROD,
        Plaintiff

vs

UNITED STATES OF AMERICA
MARK EVERSON, COMMISSIONER OF
INTERNAL REVENUE SERVICE
SUSAN MEREDITH, OPERATION MANAGER
MARK FINNERTY,
        Defendants

PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT MARK FINNERTY'S ATTORNEY STEPHEN DICK FOR COMMITTING PERJURY AND VIOLATING THE CANON RULES

Now comes the plaintiff, Gertrude Gorod, in the above-cited action and moves the court to order sanctions against attorney Dick for committing perjury and violating the Canon Rules.

MEMORANDUM IN SUPPORT THEREOF:

CANON 1 - DISCIPLINARY RULES

DRI-102    MISCONDUCT

(A)    A lawyer shall not:

(4)    engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.

(5)    Engage in conduct that is prejudicial to the administration of justice.

Attorney, Dick, committed perjury in both of his Certificates of Service.

(1) Dick signed answer to defendant Mark Finnerty along with Certificate of Service in which he stated was served upon the plaintiff on January 21, 2004.

Dick's Certificate of Service is plain perjury as he did not serve a copy of this document to the plaintiff on January 21, 2004.

This document was served upon the plaintiff on January 22, 2004, **SEE:ATTACHED EXHIBIT "A" AFFIXED HERETO:**

(2) Dick signed Amended Notice of Appearance of Stephen Dick along with Certificate of Service in which he stated was served upon the plaintiff on January 23. 2004.

Dick's Certificate of Service is plain perjury as he did not served upon the plaintiff on January 23, 2004.

This document was served upon the plaintiff on January 26, 2004. **SEE: ATTACHED EXHIBIT "B" AFFIXED HERETO:**

Therefore, based on the facts and evidence Sanctions must be placed upon Stephen Dick for Committing Perjury and violations of the Canon Rules in the form of disbarment.

**WHEREFORE,** it is prayed that the Honorable Court will grant the plaintiff the relief she seeks.

By,

_____
Gertrude Gorod, Plaintiff Pro Se
P.O. Box 856
Everett, Ma 02149

CERTIFICATE OF SERVICE

I, Gertrude Gorod, certify that I mailed a true copy of the forgoing motion to Mr. Tom Reilly, Attorney General one Ashburton Place Boston, Massachusetts 02108, Postage prepaid.

DATE 1-30-0_

_____
Gertrude Gorod Plaintiff Pro Se

- 2 -

COMMONWEALTH OF MASSACHUSETTS
THOMAS F. REILLY,
ATTORNEY GENERAL

*[signature]*

Stephen Dick BBO #560508
Assistant Attorney General
Trial Division/Gov't. Bureau
200 Portland Street
Boston MA 02114
(617) 727-2200 x3324; fax 727-3076

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above **Answer of Defendant Mark Finnerty** was served upon the Plaintiff pro se via first-class mail addressed to **Gertrude Gorod, PO Box 856, Everett MA 02149**, on January 21, 2004.

*[signature]*

of Attorney General Tom Reilly
ortland Street
1, MA 02114
www.ago.state.ma.us

Gertrude Gorod
PO Box 856
Everett MA 02149

02149+0014 03

**EXHIBIT "A"**

## CERTIFICATE OF SERVICE

I, Stephen Dick, hereby certify that on January 23, 2004, I served a copy of the above **Amended Notice of Appearance of Stephen Dick** upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Gertrude Gorod
P.O. Box 856
Everett, MA 02149

_____
Stephen Dick
Assistant Attorney General

e of Attorney General Tom Reilly
Portland Street
on, MA 02114
/www.ago.state.ma.us

Gertrude Gorod
P.O. Box 856
Everett, MA 02149

02149+0014  03

EXHIBIT "B"