UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERTRUDE GOROD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>MARK EVERSON,<br>SUSAN MEREDITH, and<br>MARK FINNERTY,<br><br>Defendants. | Civ. Action No. 04-CV-12454-MLW |

## FEDERAL DEFENDANTS' MOTION TO DISMISS

Defendants, United States of America, Mark Everson and Susan Meredith (the "Federal Defendants"), hereby move to dismiss plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (2), and (6). The pro se Complaint vaguely alleges some form of "fraudulent conspiracy" to impose a tax levy on her pension checks. As set forth in more detail in the Memorandum of Law submitted herewith, the Complaint must be dismissed because: (1) Plaintiff has failed to allege any facts that would allow her to recover under any legal theory; (2) Plaintiff has failed to exhaust her administrative remedies; and (3) the individual federal employees are immune from the claims she asserts.

WHEREFORE, the Federal Defendants respectfully request that this Court allow their motion and dismiss this all claims against them in their entirety.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its attorneys,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Jeremy M. Sternberg

Jeremy M. Sternberg
Assistant U.S. Attorney
One Courthouse Way
U.S. Courthouse, Suite 9200
Boston, MA 02210
(617) 748-3100

February 9, 2004

Certificate of Service

I hereby certify that a true copy of the above document was served by United States Mail, postage prepaid, upon: Gertrude Gorod, P.O Box 856, Everett, MA 02149, and Stephen Dick, Esq., Assistant Attorney General, Commonwealth of Massachusetts, 200 Portland Street, 3d Floor, Boston, MA 02114.

/s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney

February 9, 2004

2