UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No. 03-12454-MLW

GERTRUDE GOROD,        )
        Plaintiff    )
                       )
vs.                    )
                       )
UNITED STATES OF AMERICA )
MARK EVERSON, COMMISSIONER OF )
INTERNAL REVENUE SERVICE )
SUSAN MEREDITH, OPERATION MANAGER )
MARK FINNERTY,         )
        Defendants

**PLAINTIFF, GERTRUDE GOROD'S ADDED COMPLAINT AGAINST ALL DEFENDANTS IN THE AMOUNT OF $5,459.40, PLUS INTEREST AND REQUEST FOR A SPEEDY TRIAL**

Now comes the plaintiff, Gertrude Gorod in the above-cited action and files her added Complaint to include an additional amount of $5,459.40, plus interest which she is entitled to as a matter of law, and requests for a speedy trial as soon as possible as the plaintiff is a senior citizen and is being deprived of the necessaries of life.

### MEMORANDUM IN SUPPORT THEREOF:

April 13, 2004, Gorod, filed her form 1040A 2003 tax return,

Gorod, is entitled to a tax refund of $5,459.40 **SEE ATTACHED EXHIBIT "A" AND "B" AFFIXED HERETO:**, however, her tax return was returned to her without her refund which she is entitled to as a matter of law.

Therefore, plaintiff is adding to her Complaint to include an additional $5,459.40 plus interest and any other relief the court deems appropriate.

Gorod requests all her monies returned to her forthwith that was taken from her by Susan Meredith of the Internal Revenue who was engaged with a conspiracy with Mark Finnerty of the Massachusetts Retirement Board.

Therefore, based on the facts and evidence the plaintiff Gorod moves the court to allow her added Complaint and Request a Speedy Trial.

Wherefore, it is prayed that the court will grant her the relief she seeks.

By,

*[signature]*

GERTRUDE GOROD, PLAINTIFF
P.O. BOX 856
EVERETT, MA 02149

## CERTIFICATE OF SERVICE

I, Gertrude Gorod, certified that I mailed a true copy of the foregoing document to Mr. Mark Everson Commissioner of Internal Revenue Service 1111 Constitution Ave. N.W. Washington D.C. 20224. Postage prepaid.

DATE 5-10-04            *[signature]*

- 2 -