UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUL -8  A 8: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GERTRUDE GOROD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 03-CV-12454-MLW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| MARK EVERSON, | ) |
| SUSAN MEREDITH, and | ) |
| MARK FINNERTY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the defendant, United States of America.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3142

Dated:  July 8, 2004