UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERTRUDE GOROD,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, MARK EVERSON, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, SUSAN MEREDITH, OPERATION MANAGER, MARK FINNERTY,<br>Defendants. | U.S.D.C 03-12454-MLW |

## NOTICE OF CHANGE OF ADDRESS

To The Clerk Of The Above Named Court:

Please be advised that the undersigned's new address has changed and all future correspondence should be mailed to:

> **Stephen Dick, Assistant Attorney General**
> **Office of the Attorney General, Trial Division**
> **One Ashburton Place, 18th floor**
> **Boston, MA 02108-1598**
> **(617) 727-2200 x3324**

                                                     COMMONWEALTH OF MASSACHUSETTS
                                                     By its Attorneys,
                                                     THOMAS F. REILLY
                                                     ATTORNEY GENERAL

                                                     _____
                                                     Stephen Dick, BBO # 560508
                                                     Assistant Attorney General
                                                     One Ashburton Place, 18th Floor
                                                     Boston, MA 02108
                                                     (617) 727-2200   x 3324

Date: **July 20, 2004**
cc:     Gertrude Gorod, Pro se

## CERTIFICATE OF SERVICE

I, Stephen Dick, hereby certify that on **July 20, 2004**, I served a copy of the above **Notice of Change of Mailing Address** upon the pro se plaintiff, by mailing a postage pre-paid copy to:

Gertrude Gorod

P.O. Box 856

Everett, MA 02149

                                                                                  _____

                                                                                  Stephen Dick

                                                                                  Assistant Attorney General