UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 03cv 12454MLW

Gertrude Gorod,                    )
          Plaintiff                )
                                   )
vs.                                )
                                   )
United States of America           )
Mark Everson, Commissioner of      )
Internal Revenue Service           )
Susan Meredith, Operation Manager  )
Mark Finnerty
          Defendants


MOTION TO AMEND COMPLAINT FOR AN ADDITIONAL AMOUNT OF $2,622.79
PLUS INTEREST AND PAIN AND SUFFERING IN THE AMOUNT OF $15,000.00.
              AND SECOND REQUEST FOR A SPEEDY TRIAL

Now comes the plaintiff, Gertrude Gorod, in the above-cited action and amends her Complaint for the second time to include an additional $2,622.79, plus interest, pain and suffering in the amount of $15,000.00 plus punitive damages.

Based on the facts and evidence monies were stolen from the plaintiff Gorod by means of fraud and a conspiracy between the defendants Susan Meredith and Mark Finnerty.

The defendant Meredith and Finnerty knowingly and wilfully deprived the plaintiff the necessities of life which has effected her health and well being.

Plaintiff Gorod for the second time requests the Honorable Court for a Speedy Trial.

This action was filed with the court on December 5, 2003.

MEMORANDUM IN SUPPORT THEREOF:

The plaintiff Gorod is troubled to find that the Internal Revenue Service would hire an employee like defendant Susan Meredith who is paid by the taxpayers that would be in a conspiracy with defendant Mark Finnerty to steal senior pensions monies.

All monies for plaintiff's pensions was deducted from her wages weekly and along with all taxes for over twenty-five (25) years, therefore, plaintiff has been paying double taxes since her retirement.

**SEE EXHIBIT "A" AFFIXED HERETO:** Clearly states "EXEMPT $585.42", however, plaintiff was only given $515.14 **SEE EXHIBIT "B" AFFIXED HERETO:**

What happened to over $2,622.79, of the plaintiff's monies?

Therefore, based on the facts and evidence plaintiff is requesting for a second time a speedy trial as plaintiff is a senior citizen and is in desperate need of the monies that were stolen from her by defendants Susan Meredith and Mark Finnerty.

Therefore, it is prayed that this Honorable Court will grant the plaintiff, she requests.

By, *[signature]*

Gertrude Gorod
P.O. Box 856
Everett, Ma 02149

- 2 -

## CERTIFICATE OF SERVICE

I, Gertrude Gorod certify that I mailed copies of Motion To Amend Complaint For An Additional Amount of $2,622.79, Plus Interest and Pain and Suffering in the Amount of $15,000.00 and Second Request For A speedy Trial. To the following:

Mr. John Ashcroft, United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001

Mr. Michael Sullivan, U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way Suite 9200
Boston, Ma 02210

Mr. Mark Finnerty
Massachusetts Retirement
One Ashburton Place 12th
Boston, Ma 02108

Mr. Mark Everson, Commissioner of Internal Revenue Service
1111 Constitution Avenue N.W.
Washington, D.C. 20224

Postage Prepaid

Gertrude Gorod
P.O. Box 856
Everett, Ma 02149

DATE 7-23-04

- 3 -

# Notice of Levy on Wages, Salary, and Other Income

| | | | | TELEPHONE NUMBER OF IRS OFFICE: | SEQNUM 00072 |
| | | | | TOLL FREE | 1-800-829-7650 |

/2003

RESS:
/AUTOMATED COLLECTION SERVICE
P.O. BOX 24017
FRESNO, CA. 93776

*Retiree*

WI

DPC05

TO:    P    04-6002284

*Copies mailed 8/12/03*

NAME AND ADDRESS OF TAXPAYER:

GERTRUDE GOROD
PO BOX 856
EVERETT MA 02149-0005568

MASS STATE TREASURY RETIREMENT
DISTRIBUTIONS ATTN: MARK FINNERTY
ONE ASHBURTON PLACE 12TH FL
BOSTON MA                02108-1538

IDENTIFYING NUMBER(S):    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
GORO  C   01

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1997 | $ 9,633.05 | $ 4,494.83 | $ 14,127.88 |
| 1040A | 12-31-1998 | $ 113.34 | $ 39.13 | $ 152.47 |
| 1040A | 12-31-2001 | $ 101.87 | $ 7.03 | $ 108.90 |

*gross 2,313.77*
*585.42 exempt*
*Send 1,728.35*
*Added 9/3/03*

Total Amount Due ▶    $ 14,389.25

We figured the interest and late payment penalty to ___08-14-2003___

**THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid yet, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy these monies to the extent they aren't exempt, as shown on the instructions. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

**If you don't owe money to this taxpayer, please complete the back of part 3. Attach part 3 as a cover to the rest of this form. Return all of the parts to IRS in the enclosed envelope.**

If you do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

Signature of Service Representative
*Susan Meredith*

EXHIBIT "A"

Title **Operations Manager, Collection**

Part 1 – FOR EMPLOYER OR OTHER ADDR

FORM 668-W(c) (Rev. 1-01) 16748F



*The Commonwealth of Massachusetts*
*Department of the State Treasurer*

⊃ TEAR ALONG PERFORATION ↓

| NET PAY | 515.14 |

Timothy P. Cahill
TREASURER AND RECEIVER GENERAL

PAYMENT TYPE : PENSION PAYMENT

EFFECTIVE DATE : 10/31/2003
CHECK NUMBER : 0002993556
CHECK AMOUNT : $515.14

NAME: GERTRUDE C GOROD
SOC. SEC. NO.
AGENCY NO.
AGENCY NAME: SBRP
DIV. NO.
EMP. NO.
REFERENCE # 1
DEPT. 67342

| EARNINGS | HOURS | AMOUNT | DEDUCTIONS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | INSURANCE | 70.28 | 691.90 | LIEN/LEVY | 1728.35 | |
| CURRENT GROSS | | 2313.77 | | | | | | |
| YTD GROSS | | 22957.70 | | | | | | |
| HOURS EARNED | | | | | | | | |



THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND ON WHITE PAPER. IT ALSO CONTAINS A WATERMARK - HOLD TO LIGHT TO VIEW.

CHECK NUMBER 0002993556    51-44/119
REFERENCE NUMBER 1 67342    CHECK DATE 10/31/2003
PENSION PAYMENT
FLEET
CHECK AMOUNT
PAY*********$515 DOLLARS AND 14 CENTS****    $515.14
VOID AFTER 90 DAYS
TO THE ORDER OF    GERTRUDE C GOROD
P.O. BOX 856
EVERETT    MA  02149

Timothy P. Cahill, Treasurer

⑈000299355⑈ ⑉011

EXHIBIT "B"