UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERTRUDE GOROD,<br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, MARK EVERSON, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, SUSAN MEREDITH, OPERATION MANAGER, MARK FINNERTY,<br>　　Defendants. | CIVIL ACTION<br>NO. 03 cv 12454 MLW |

**COMMONWEALTH DEFENDANT MARK FINNERTY'S 12(b)(1), (6) MOTIONS TO DISMISS THE 2nd AMENDED COMPLAINT AS AGAINST HIM FOR LACK OF SUBJECT MATTER JURISDICTION, AND FAILURE TO STATE A CLAIM**

　　Pursuant to Fed. R. Civ. P. 12(b)(1), (6), Commonwealth Defendant Mark Finnerty moves to dismiss the 2ND Amended Complaint in the above-captioned matter for lack of subject matter jurisdiction, and failure to state a claim for relief. As discussed in the Memorandum of Law below, there are virtually no allegations against Defendant Finnerty. The threadbare mention of conspiracy is insufficiently pled, and at all events the Federal Court is without subject matter jurisdiction of a complaint against the Commonwealth or a commonwealth official sued in his official capacity.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

　　　　I certify that on January 21, 2004 and January 23, 2004 -- in connection with Mr. Finnerty's original Motion to Dismiss the Complaint -- I specifically requested, by copy of two separate transmittal letters to the Clerk of the Court, that Plaintiff contact me -- her phone