UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gertrude Gorod,                        Civil Action
                    Plaintiff          )No. 03cv 12454MLW
                                       )
                                       )
vs.                                    )
                                       )
United States of America              )
Mark Everson, Commissioner of         )
Internal Revenue Service              )
Susan Meredith, Operation Manager
Mark Finnerty,                         )
                    Defendants         )

PLAINTIFF, GERTRUDE GOROD'S MOTION IN OPPOSITION TO DEFENDANT'S
MOTION OF MARK FINNERTY TO DISMISS THE SECOND AMNENDED COMPLAINT

    Now comes the plaintiff, Gertrude Gorod in the above-cited

action and opposes defendant Mark Finnerty's Motion to Dismiss

Second Amended Complaint and orders the Honorable Court to place

sanctions against Mark Finnerty's attorney, Stephen Dick for con-

tinuing to act in bad faith and committing perjury.

                MEMORANDUM IN SUPPORT THEREOF:

    Gorod's Complaints does state subject matter and Complaints

have jurisdiction.

    Gorod's Complaints were filed in compliance with "STEP BY STEP"

A SIMPLE GUIDE TO FILING A CIVIL ACTION IN THE UNITED STATES

DISTRICT COURT DISTRICT OF MASSACHUSETTS a publication of the United

States District Court District of Massachusetts.

    MOREOVER SEE: HUGHES v. ROWE 449 U.S. 5,9"Complaint and other

factual allegations should be read liberally and less stringent than

formal pleadings drafted by lawyers", CONLEY v. GIBSON 355 U.S 14,

"Failure of the Complaint to set forth specific facts to support its

general allegations was not sufficient ground for dismissal of the suit, civil procedure does not require to set out in detail the facts upon which it basis it claim".

In, **CF. MATY v. GRASSELLI CHEMICAL CO.,** 303 197, "the approach that pleadings is a game of skill in which one misstep may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits".

**LECLAIR v. SILBERLINE** 379 Mass 21 at 23 the evidence must be re-examined in the light most favorable to the plaintiff'.

Based on the facts and evidence the Complaints filed with the court clearly shows that there is a conspiracy between defendants Finnerty and Meredith to steal the plaintiff's monies.

Evidence has been filed with the court that clearly shows that $585.42 was exempt, however, evidence was also submitted to the court that $515.14 was given to the plaintiff, and the plaintiff only got credit for $1,728.35, $70.28 was stolen from the plaintiff. every month.

Defendants Finnerty and Meredith have never denied the fact that they have been in a conspiracy to steal monies from the plaintiff.

The United States of America has stolen monies from Gorod since she retired.

Gorod paid taxes for twenty-years on her pension benefits as all these taxes were taken out of her weekly wages.

Perjury charges must be ordered against Attorney Dick for committing perjury in his affidavit.

- 2 -

Defendants attorney Dick certified that he served the plaintiff copy of his Motion on August 2, 2004, however, this statement is nothing but a lie, postmark date August 3, 2004 **SEE: ATTACHED PLAINTIFF'S EXHIBIT "A"**, and plaintiff did not receive document until August 7, 2004. **SEE: CERTIFICATE OF SERVE ATTACHED PLAINTIFF'S EXHIBIT "B"**.

The defendants have caused the plaintiff extreme pain and suffering along with their unscrupulous attorney Dick.

## REMEDY FROM THE COURT

Sanctions against Attorney Dick for acting in bad faith and knowingly lying to the court.

Punishment in the form of dischargement from their positions with the United States of America and the Commonwealth of Massachusetts, and defendants Finnerty and Meredith are also to be ordered to pay monetary damages to the plaintiff as stated in plaintiff's Complaint.

Plaintiff, requests the court to order a trial as soon as possible as the plaintiff went with out heat and other necessaries last winter.

The plaintiff is a senior citizen and does not owe one penny to the Internal Revenue Service, therefore she will not allow the two unscrupulous persons (Finnerty and Meredith) deprive her of another winter without heat and other necessaries of life.

Reviewing the facts of the case the INTERNAL REVENUE OWES THE PLAINTIFF MONIES AS SHE HAS PAID THEM DOUBLE.

- 3 -

**WHEREFORE,** It is prayed that the Honorable Court will grant the

plaintiff, Gertrude Gorod, the relief she seeks.

By,

_____
GERTRUDE GOROD, Plaintiff
P.O. Box 856
Everett, Ma 02149

## CERTIFICATE OF SERVICE

I, Gertrude Gorod certify that I mailed copies of "Plaintiff,
Gertrude Gorod's Motion In Opposition to Defendants's Motion
of Mark Finnerty To Dismiss the Second Amnended Complaint.To
the following: Postage Prepaid.

Mr. John Ashcroft, United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001

Mr. Mark Finnerty
Massachusetts Retirement
One Ashburton Place 12th
Boston, Ma 02108

Mr. Mark Everson, Commissioner of Internal Revenue Service
1111 Constitution Avenue N.W.
Washington, D.C. 20224

Mr. Michael Sullivan, U.S. Attorney
John Joseph Moakley U.S.Courthouse
1 Courthouse Way Suite 9200
Boston, Ma 02210

DATE _____

_____
Gertrude Gorod, Plaintiff
P.O. BOX 856
Everett, Ma 02149

- 4 -

Office of Attorney General Thomas F. Reilly
200 Portland Street
Boston, MA 02114
http://www.ago.state.ma.us

50% RECYCLED PAPER
30% POST-CONSUMER

02149+0014 01

Gertrude Gorod
P.O. Box 856
Everett MA 02149



UNITED STATES POSTAGE
$ 00.60⁰
PITNEY BOWES
02 1A
0004338359    AUG03 2004
MAILED FROM ZIPCODE 02108

PLAINTIFF'S EXHIBIT "A"

## CONCLUSION

For the above reasons, the Court should allow this Motion.

Defendant,
Mark Finnerty,
By His Attorneys,

THOMAS F. REILLY,
ATTORNEY GENERAL

Stephen Dick, BBO # 560508
Assistant Attorney General
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200   x 3324

Dated: August 2, 2004

### CERTIFICATE OF SERVICE

I certify that I served the above **COMMONWEALTH DEFENDANT MARK FINNERTY'S 12(b)(1), (6) MOTIONS TO DISMISS THE 2nd AMENDED COMPLAINT AS AGAINST HIM FOR LACK OF SUBJECT MATTER JURISDICTION, AND FAILURE TO STATE A CLAIM**, upon Plaintiff pro se via first-class mail addressed to Gertrude Gorod, P.O. Box 856, Everett MA 02149, and Michael Sullivan, AUSA, John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston MA 02210, on August 2, 2004.

Stephen Dick

**PLAINTIFF'S EXHIBIT "B"**